**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:19-CV-079-RJC-DCK**

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| CSX TRANSPORTATION, INC., and EVANSVILLE WESTERN RAILWAY, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Scottie Forbes Lee, concerning Robert S. Crowder on February 14, 2019. Mr. Robert S. Crowder seeks to appear as counsel *pro hac vice* for Plaintiff Certain Underwriters at Lloyd's. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Mr. Robert S. Crowder is hereby admitted *pro hac vice* to represent Plaintiff Certain Underwriters at Lloyd's.

**SO ORDERED**.

Signed: February 28, 2019

David C. Keesler
United States Magistrate Judge