IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-079-RJC-DCK

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER** <br>) |
| CSX TRANSPORTATION, INC., and EVANSVILLE WESTERN RAILWAY, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Scottie Forbes Lee, concerning Joanna Maxwell on February 14, 2019. Ms. Joanna Maxwell seeks to appear as counsel *pro hac vice* for Plaintiff Certain Underwriters at Lloyd's. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Ms. Joanna Maxwell is hereby admitted *pro hac vice* to represent Plaintiff Certain Underwriters at Lloyd's.

**SO ORDERED**.

Signed: February 28, 2019

David C. Keesler
United States Magistrate Judge