# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-079-RJC-DCK

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| CSX TRANSPORTATION, INC., and<br>EVANSVILLE WESTERN RAILWAY, INC., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Mary Ellen Goode on March 15, 2019, concerning Andrew J. Steif. Mr. Steif seeks to appear as counsel *pro hac vice* for Defendant CSX Transportation, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Andrew J. Steif is hereby admitted *pro hac vice* to represent Defendant CSX Transportation, Inc.

**SO ORDERED**.

Signed: March 15, 2019

David C. Keesler
United States Magistrate Judge