# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-079-RJC-DCK

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CSX TRANSPORTATION, INC., and EVANSVILLE WESTERN RAILWAY, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) filed by Mary Ellen Goode on March 21, 2019, concerning Kathleen Klein Wubker. Ms. Kathleen Klein Wubker seeks to appear as counsel *pro hac vice* for Defendant CSX Transportation, Inc. and Evansville Western Railway, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) is **GRANTED**. Kathleen Klein Wubker is hereby admitted *pro hac vice* to represent Defendant CSX Transportation, Inc. and Evansville Western Railway, Inc.

**SO ORDERED**.

Signed: March 22, 2019

David C. Keesler
United States Magistrate Judge